**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RAHMEL A. WALKER,

                Plaintiff,

-against-

17 **CIVIL** 5245 (NSR)

## JUDGMENT

C.O. C. FIERRO and C.O. S. ORTIZ,
                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2019, Defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        December 16, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court

                          BY:

                                          Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON 12/16/2019